MARK SEGAL, CHARTERED
MARK SEGAL, ESQUIRE
Nevada Bar #01963
720 South Fourth Street, Ste. 301
Las Vegas, Nevada 89101
702-382-5212
702-382-6063 (Facsimile)
Attorney for DEBTOR
marksegal@lvcoxmail.com

E-FILED APRIL 13, 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                    )
                                          )    BK-S 10-
RICHARD A. JOHNSON a/k/a                  )
RICK JOHNSON,                             )
                                          )    Chapter 7
                                          )
SS#S: 9813                                )
                                          )    Hearing Date: N/A
                                          )    Hearing Time: N/A
            Debtor.                       )
_____)

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith.  Check all that apply.**

( )    Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P.9011)

( )    Summary of Schedules

( )    Schedule A - Real Property

( )    Schedule B - Personal Property

( )    Schedule C - Property Claimed as Exempt

( )    Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

      ( )    Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**

      ( )    Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )    Schedule G - Schedule of Executory Contracts & Expired Leases

( )    Schedule H - Codebtors

( )    Schedule I - Current Income of Individual Debtor(s)

1  ( )   Schedule J - Current Expenditures of Individual Debtor(s)

2  ( )   Declaration Concerning Debtor(s) Schedules

3  ( )   Statement of Financial Affairs

4  ( )   Disclosure of Compensation of Attorney for Debtor(s)

5  (X)   Statement of Intention

6  ( )   Verification of Creditor Matrix/Amended Matrix

**Declaration of Debtor**

I(We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

_____
Mark Segal, Esq., Attorney for Debtors

Date: April 13, 2010

(Revised 4/19/04)

W:\BK\Love\AmendPetition.StmtofIntent..Johnson, Richard.04.13.10.wpd

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re    Richard A. Johnson                                          Case No.   10-15312
                                  Debtor(s)                          Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>GMAC Mortgage | **Describe Property Securing Debt:**<br>Residence at:<br>2777 Paradise Road, #2905<br>Las Vegas, NV  89109<br><br>(Market value is an estimate) |

Property will be (check one):
  ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain  **Contine to pay**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt              ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Bank | **Describe Property Securing Debt:**<br>Condominium at:<br>3625 10th N., #708<br>Arlington, VA  22201<br><br>(Business debt)<br><br>(Claim amount is an estimate)<br><br>(Market value is an estimate) |

Property will be (check one):
  ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt              ■ Not claimed as exempt

B8 (Form 8) (12/08)   Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Bank | **Describe Property Securing Debt:**<br>Condominium at:<br>3625 10th N., #708<br>Arlington, VA  22201<br><br>(Business debt)<br><br>(Market value is an estimate) |

Property will be (check one):
   ■ Surrendered         ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt         ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                             Page 3

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Bank HELOC | **Describe Property Securing Debt:**<br>Condominium at:<br>3625 10th N., #708<br>Arlington, VA  22201<br><br>(Business debt)<br>(Market value is an estimate) |

**Property will be (check one):**
  ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

**Property is (check one):**
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Volkswagon Credit | **Describe Leased Property:**<br>**Type of lease:**<br>Automobile<br><br>**Description:**<br>2009 Voklkswagon G.T.I.<br><br>**Terms:**<br>03/24/12 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   4/13/10                    Signature   *[signature]*
                                              Richard A. Johnson
                                              Debtor