Entered on Docket
June 08, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

E*Trade Bank
10-71637

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-15312-bam |
|---|---|
| Richard A. Johnson | Date: 6/1/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor E*Trade Bank, its assignees and/or successors in interest, of the subject property, generally described as 3625 10th Street N #708, Arlington, VA 22201.

Submitted by:

**WILDE & ASSOCIATES**

By: /s/ Gregory L. Wilde
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Mark B. Segal
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
James F. Lisowski, Sr.
Chapter 7 Trustee

Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor E*Trade Bank, its assignees and/or successors in interest, of the subject property, generally described as 3625 10th Street N #708, Arlington, VA 22201.

Submitted by:

**WILDE & ASSOCIATES**
By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By:_____
Mark B. Segal
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
James F. Lisowski, Sr.
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
　　　 _____ The court waived the requirements of LR 9021.
　　　 _____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
　　　 _____ No parties appeared or filed written objections, and the trustee is the movant.
　　　 __x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
　　　 __X__ approved the form of this order　　　 _____ disapproved the form of this order
　　　 _____ waived the right to review the order and/or　　　 _____ failed to respond to the document
　　　 _____ appeared at the hearing, waived the right to review the order
　　　 _____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
　　　 _____ approved the form of this order　　　 _____ disapproved the form of this order
　　　 _____ waived the right to review the order and/or　__x__ failed to respond to the document

　　　 _____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
　　　 _____ approved the form of this order　　　 _____ disapproved the form of this order
　　　 _____ waived the right to review the order and/or　　　 _____ failed to respond to the document
　　　 _____ appeared at the hearing, waived the right to review the order
　　　 _____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
　　　 _____ approved the form of this order　　　 _____ disapproved the form of this order
　　　 _____ waived the right to review the order and/or　　　 _____ failed to respond to the document

　　　 _____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor